THE HONORABLE J. KELLY ARNOLD

02-CR-05775-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>vs.<br><br>WILLIE E. HOLMES,<br><br>                        Defendant/Petitioner. | No. CR 02-5775<br><br>FINDINGS AND ORDER ACCEPTING DEFENDANT FOR DEFERRED PROSECUTION, APPROVING TREATMENT PLAN, AND DIRECTING DEFENDANT TO TAKE TREATMENT AS PRESCRIBED<br><br>(Clerk's Action Required) |

THIS MATTER, coming on for hearing this 7th day of August, 2006, upon the defendant's Petition for Deferred Prosecution; the defendant appearing in person and by her/his attorney, Clifford G. Morey, and the United States of America being represented by Barbara J. Sievers, Special Assistant United States Attorney; the Court, having examined and incorporated into the record Petitioner's Petition and Statement in support of deferred prosecution, the evaluation and treatment report prepared by Lakeside Milam

FINDINGS AND ORDER ACCEPTING DEFENDANT FOR DEFERRED PROSECUTION, APPROVING TREATMENT PLAN, AND DIRECTING DEFENDANT TO TAKE TREATMENT AS PRESCRIBED
Page 1 of 6
lj s:\1xxxx\163xx\16315\1\plead\findings&order4def.doc

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

1  and Kaweah Delta Family Recover Center, and the files and records herein, being fully
2  advised in the premises, does now make and enter the following:

### I. **FINDINGS OF FACT**

4    A.     On or about the 18th day of May, 2002, Petitioner was charged with the
5  offense/offenses charged in the Information. This offense occurred as a direct result of
6  alcoholism/chemical dependency problems;

7    B.     Petitioner suffers from an alcohol/drug problem and is in need of
8  treatment;

9    C.     The probability of similar misconduct in the future is great if the problem
10  is not treated;

11    D.     Petitioner is amenable to treatment;

12    E.     An effective rehabilitative treatment plan is available to Petitioner through
13  Kaweah Delta Family Recovery Center, an approved treatment facility as designated by
14  the laws of the State of California where the Petitioner resides, and Petitioner agrees to be
15  liable for all costs of this treatment program;

16    F.     That Petitioner agrees to comply with the terms and conditions of the
17  program offered by the treatment facility as set forth in the diagnostic evaluation from
18  Kaweah Delta Family Recovery Center, attached to Statement of Petitioner filed
19  herewith, and that Petitioner agrees to be liable for all costs of this treatment program;

20    G.     That Petitioner has knowingly and voluntarily stipulated to the
21  admissibility and sufficiency of the facts as contained in the written police report attached
22  to Statement of Petitioner filed herewith.

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION, APPROVING
TREATMENT PLAN, AND DIRECTING DEFENDANT
TO TAKE TREATMENT AS PRESCRIBED
Page 2 of 6
lj s:\1xxxx\163xx\16315\1\plead\findings&order4def.doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

H. That Petitioner has acknowledged the admissibility of the stipulated facts in any criminal hearing or trial on the underlying offense or offenses held subsequent to revocation of this Order Granting Deferred Prosecution and that these reports will be used to support a finding of guilt;

From the foregoing FINDINGS OF FACT, the Court draws the following:

## II. CONCLUSIONS OF LAW

A. That the above-entitled Court has jurisdiction over the subject matter and Petitioner, Willie E. Holmes, in this case;

B. That Petitioner's Petition for Deferred Prosecution meets the requirements of RCW 10.05 et seq.;

C. That the diagnostic evaluation and commitment to treatment meets the requirements of RCW 10.05.150;

D. That Petitioner is eligible for deferred prosecution.

## III. ORDER

Having made and entered the foregoing FINDINGS OF FACT and CONCLUSIONS OF LAW, it is hereby

ORDERED that the defendant is accepted for deferred prosecution. The prosecution of the above-entitled matter is hereby deferred for a five (5) years pursuant to RCW 10.05 et seq., upon the following tern's and conditions:

A. Petitioner shall be on probation for the deferral period and follow the rules and regulations of probation;

FINDINGS AND ORDER ACCEPTING DEFENDANT FOR DEFERRED PROSECUTION, APPROVING TREATMENT PLAN, AND DIRECTING DEFENDANT TO TAKE TREATMENT AS PRESCRIBED

Page 3 of 6

lj s:\1xxxx\163xx\16315\1\plead\findings&order4def.doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

1.     I.     In the event that Petitioner fails or neglects to carry out and fulfill any term or condition of her/his treatment plan or violates any provision of this Order or any rule or regulation of his probation officer, upon receiving notice, the Court shall hold a hearing to determine why Petitioner should not be removed from deferred prosecution and prosecuted for the offense/offenses charged;

    J.     In the event the Court finds cause to revoke this deferred prosecution, the stipulated police reports shall be admitted into evidence, and Petitioner shall have his guilt or innocence determined by the Court;

    K.     That the statement of Petitioner for Deferred Prosecution shall remain sealed, and all subsequent reports or documents relating to her treatment information shall be sealed, to maintain confidentiality of Petitioner's treatment information;

    L.     That the Department of Licensing be notified of this Order accepting the Petitioner for deferred prosecution;

    M.     Upon proof of Petitioner's successful completion of five years deferral period in this Order, the Court shall dismiss the charges pending against Petitioner.

    N.     Additional conditions: _14 conditions attached to Pre Sentence Report._

DONE IN OPEN COURT this __7__ day of August, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION, APPROVING
TREATMENT PLAN, AND DIRECTING DEFENDANT
TO TAKE TREATMENT AS PRESCRIBED
Page 5 of 6

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

| | |
|---|---|
| 1 | Presented by: |
| 2 | |
| 3 | *[signature]* |
| 4 | Clifford G. Morey, WSBA # 13741<br>Attorney for Petitioner |
| 5 | |
| 6 | I have received a copy of the foregoing Order of Deferred Prosecution. I have read and understand its contents, and agree to abide by the terms and conditions set forth herein. |
| 7 | |
| 8 | Dated: 08/03/06    *[signature]* |
| 9 | Willie E. Holmes |
| 10 | Petitioner |
| 11 | |
| 12 | I certify that a copy of this signed Order was mailed to the subject treatment facility, on _____. The United States Probation Office was also furnished a copy of this Order. |
| 13 | |
| 14 | |
| 15 | _____<br>Clerk |

FINDINGS AND ORDER ACCEPTING DEFENDANT FOR DEFERRED PROSECUTION, APPROVING TREATMENT PLAN, AND DIRECTING DEFENDANT TO TAKE TREATMENT AS PRESCRIBED
Page 6 of 6

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT – P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052